UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISOM MARTEZ NYGEL HAMILTON,

           Plaintiff,

v.

J. SIERMINSKI,

           Defendant.

_____/

Case No. 2:24-cv-12280

Honorable Susan K. DeClercq
United States District Judge

Honorable Anthony P. Patti
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 23)
AND DENYING WITHOUT PREJUDICE DEFENDANT'S MOTIONS FOR
DEFAULT JUDGMENT (ECF No. 16)**

On February 11, 2026, Magistrate Judge Anthony P. Patti issued a report recommending that this Court deny without prejudice Defendant's motion for summary judgment. ECF No. 23.

Judge Patti provided 14 days for objections to be filed, but no party filed objections. They have therefore forfeited their right to appeal Judge Patti's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 23, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's Motions for Summary Judgment, ECF Nos. 16, is **DENIED WITHOUT PREJUDICE**.

- 2 -

**This is not a final order and does not close the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: March 4, 2026