**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ISOM MARTEZ NYGEL
HAMILTON (#886240),

      Plaintiff,

v.

J SIERMINSKI ,

      Defendant.

Case No. 2:24-cv-12280
District Judge Susan K. DeClercq
Magistrate Judge Anthony P. Patti

                                          /

### ORDER GRANTING MDOC DEFENDANT'S MOTION TO DEPOSE PLAINTIFF (ECF No. 28)

In this lawsuit, Isom Martez Nygel Hamilton (886240) sues Officer J. Sierminski, described as officers at the Michigan Department of Corrections (MDOC) G. Robert Cotton Correctional Facility (JCF), alleging, *inter alia*, that J. Sierminski "failed to intervene/ assist in stopping [an] assault]."  (ECF No. 1, PageID.46.)

Judge DeClercq has referred this case to me for pretrial matters.  (ECF No. 10.)  Currently before the Court is Defendant's June 25, 2026, motion to depose Plaintiff.  (ECF No. 28.)  Hamilton is currently incarcerated at the TCF.  *See* www.michigan.gov/corrections, "Offender Search," (last visited June 30, 2026).

Having reviewed the motion, I conclude that oral argument is not necessary as to the request for a deposition.  *See* E.D. Mich. LR 7.1(f)(2).  Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B), because Plaintiff is incarcerated.  Upon consideration, **IT IS HEREBY ORDERED** that Defendant's June 25, 2026, motion to depose Plaintiff (ECF No. 26) is **GRANTED**, and Defendant shall be permitted to take the deposition of Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure.  The deposition may occur either in person, by telephone, or via video teleconference, at Defendant's option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.** [1]

Dated: June 30, 2026

ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).